

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2014

No. 04-14-00322-CV

**VACZILLA TRUCKING, LLC,**
Appellant

v.

**CINTAS CORPORATION,**
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 13-03-00059-CVK
Honorable Ron Carr, Judge Presiding

## O R D E R

The clerk's record in this appeal was filed May 28, 2014. The reporter's record was due June 10, 2014. Court reporter Amy Guillen filed a notification of late reporter's record stating that she did not take a record in this appeal. Appellant has not filed a docketing statement listing another court reporter. Therefore, as there is no reporter's record, appellant's brief is due on or before **July 24, 2014.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court